JOANNA LAWRENCE ET AL. *v.* OREST T. DUBNO,
COMMISSIONER OF REVENUE SERVICES
(4556)

HULL, SPALLONE and BIELUCH, Js.

Argued September 17—decided October 3, 1986

*Robert H. Rubin,* with whom, on the brief, was *Jamie K. Gerard,* for the appellants (plaintiffs).

*Paul M. Scimonelli,* assistant attorney general, with whom, on the brief, were *Joseph I. Lieberman,* attorney general, and *Ralph G. Murphy,* assistant attorney general, for the appellee (defendant).

PER CURIAM. There is no error.